```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 09597
   KATINA B COLE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9693

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/25/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/22/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
TOYOTA MOTOR CREDIT CORP SECURED VEHIC   21705.76          2065.58        2573.98
RIVER OAKS TOYOTA        UNSECURED       NOT FILED            .00             .00
UNIVERSITY SURGEONS      UNSECURED          704.90            .00             .00
SPRINT PCS               UNSECURED       NOT FILED            .00             .00
CAPITAL ONE              UNSECURED          823.19            .00             .00
CITY OF CHICAGO PARKING  UNSECURED          340.00            .00             .00
DR KANNAN SUNDAR MD      UNSECURED          250.00            .00             .00
IL STATE DISBURSEMENT UN UNSECURED       NOT FILED            .00             .00
RUSH UNIVERSITY MEDICAL  UNSECURED       NOT FILED            .00             .00
CHRIST HOSPITAL MEDICAL  UNSECURED       NOT FILED            .00             .00
ILLINOIS INDIANA EM I ME UNSECURED       NOT FILED            .00             .00
SALLIE MAE LSCF          UNSECURED         7099.74            .00             .00
SALLIE MAE LSCF          UNSECURED       NOT FILED            .00             .00
UNIVERSITY PATHOLOGISTS  UNSECURED       NOT FILED            .00             .00
UNITED COMPUCRED         UNSECURED       NOT FILED            .00             .00
SPRINT PCS               UNSECURED       NOT FILED            .00             .00
VILLAGE OF OAK LAWN      UNSECURED       NOT FILED            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED          301.95            .00             .00
ASSET ACCEPTANCE LLC     UNSECURED         1278.55            .00             .00
ALLIANCE ONE RECEIVABLES UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE FILED LATE          56.60            .00             .00
NCC FLEET                UNSECURED       NOT FILED            .00             .00
VILLAGE OF EVERGREEN PAR UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REVENUE FILED LATE         267.42            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,334.00                        1,699.01
TOM VAUGHN               TRUSTEE                                            481.43
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 09597 KATINA B COLE
```

```
TRUSTEE                                      6,820.00

PRIORITY                                                         .00
SECURED                                                     2,573.98
    INTEREST                                                2,065.58
UNSECURED                                                        .00
ADMINISTRATIVE                                              1,699.01
TRUSTEE COMPENSATION                                          481.43
DEBTOR REFUND                                                    .00
                                     ----------------  ----------------
TOTALS                                       6,820.00       6,820.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/22/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE